LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500  Fax: 916 974-8510

JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendants:
County of Sacramento (also erroneously sued herein
 as Sacramento County Department of Parks and Recreation),
Tom Hofsommer,
C. Kemp,
Kathleen Utley, and
Dave Lydick, individually and in their capacity
as employees of Sacramento County

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIF0RNIA

| | |
|---|---|
| JANET LORRAINE SIANO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COUNTY OF SACRAMENTO, )<br>SACRAMENTO COUNTY DEPARTMENT )<br>OF PARKS AND RECREATION, TOM )<br>HOFSOMMER, individually and in his )<br>official capacity as Ranger for the )<br>Sacramento County Department of Parks and )<br>Recreation, C. KEMP, individually and in )<br>his official capacity as Ranger for the )<br>Sacramento County Department of Parks and )<br>Recreation, KATHLEEN UTLEY, )<br>individually and in her official capacity as )<br>Ranger for the Sacramento County )<br>Department of Parks and Recreation, DAVE )<br>LYDICK, individually and in his official )<br>capacity as Supervisor for the Sacramento )<br>County Department of Parks and Recreation, )<br>and DOES 1 through 50, inclusive, )<br>)<br>Defendants. )<br>) | **CASE NO. 2:07-CV-01659-GEB-KJM**<br><br>STIPULATION TO MODIFY<br>SCHEDULING ORDER;<br>[PROPOSED] ORDER |

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

STIPULATION TO MODIFY SCHEDULING ORDER

Page 1

**ALL PARTIES**, by and through their respective counsel, hereby stipulation and request that the court order a modification of the current Status (Pretrial Scheduling) Order. Defendants filed their Answers in this case on August 31, 2007.

Good cause exists for the modification in that Defendants have yet to receive Plaintiff's medical records from Kaiser Medical Group, which need to be reviewed prior to determination of the necessity of and the disclosure of any expert witnesses. The records have been subpoenaed. In addition, any medical expert to be disclosed would need to also review those records prior to their disclosure and preparation of their expert report according to FRCP 26. Further, Defendants have not been able to take Plaintiff's deposition as the medical records have not yet been produced by Kaiser, and it would be uneconomical to take Plaintiff's deposition prior to a review of those records. Finally, Defendants cannot make the determination of whether or not an Independent Medical Examination is needed until medical records are received, reviewed and Plaintiff is deposed.

THEREFORE, the Parties agree and stipulate as follows:

1. Initial Expert Witness Disclosure      July 1, 2008
2. Rebuttal Expert Witness Disclosure     August 1, 2008
3. Discovery Completed                    November 7, 2008
4. Last date for hearings in Law and Motion   January 12, 2009
5. Joint Pre-Trial Statement Due          March 2, 2009
6. Pre-Trial Conference                   March 9, 2009 @ 2:30 p.m.
7. Trial                                  June 9, 2009 @ 9:00 a.m.

**SO STIPULATED:**

Dated: April 1, 2008                      LONGYEAR, O'DEA & LAVRA, LLP

                                          By:   /s/ Jeri L. Pappone
                                                JOHN A. LAVRA
                                                JERI L. PAPPONE
                                                Attorneys for Defendants

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

STIPULATION TO MODIFY SCHEDULING ORDER

Page 2

Dated: April 1, 2008

By: /s/Richard R. Johnson
RICHARD R. JOHNSON
Attorney for Plaintiff

Good cause issue not reached but ORDERED in accordance with parties' stipulation:

Dated: April 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

STIPULATION TO MODIFY SCHEDULING ORDER

Page 3