UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET LORRAINE SIANO,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO,<br>SACRAMENTO COUNTY DEPARTMENT OF<br>PARKS AND RECREATION,<br>TOM HOFSOMMER, individually and<br>in his official capacity as Ranger<br>for the Sacramento County<br>Department of Parks and Recreation,<br>C. KEMP, individually and in his<br>official capacity as Ranger for<br>the Sacramento County Department<br>of Parks and Recreation,<br>KATHLEEN UTLEY, individually and<br>in her official capacity as<br>Ranger for the Sacramento County<br>Department of Parks and Recreation,<br>DAVE LYDICK, individually and in<br>his official capacity as Supervisor<br>for the Sacramento County<br>Department of Parks and Recreation,<br><br>            Defendants. | 2:07-cv-01659-GEB-KJM<br><br>ORDER |

        On October 3, 2008, the parties filed a Stipulation to Modify Scheduling Order, stating a conclusory manner "[g]ood cause exists for the modification" they seek.  The Scheduling Order will be modified as the parties indicate since the judge's trial docket

is congested at the time trial is now scheduled.  Therefore, the good cause issue is not reached, and the modification follows:

1. all discovery shall be completed by February 9, 2009;
2. the last hearing date for motions shall be May 4, 2009;
3. the final pretrial conference is set for June 29, 2009 at 3:30 p.m.; a joint pretrial statement is due by June 15, 2009;
4. trial currently set for June 9, 2009, is rescheduled to commence at 9:00 a.m. on September 15, 2009.

Dated:  October 9, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge