IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANET SIANO,

     Plaintiff,                     No. CIV 07-1659 GEB KJM

    vs.

COUNTY OF SACRAMENTO, et al.,

     Defendant.                  <u>ORDER</u>

_____/

     Defendants' motion to compel attendance of plaintiff at deposition came on regularly for hearing . Richard Johnson appeared for plaintiff. Jeri Papone appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

     The motion to compel is granted in part (terminating docket nos. 20, 21, 22). The deposition of plaintiff shall take place at the Robert Matsui Federal Courthouse. Counsel shall contact the courtroom deputy, Matt Caspar, to arrange for use of the jury room for deposition.

DATED: October 17, 2008.

                                                    U.S. MAGISTRATE JUDGE

006 siano.oah

1