| | LONGYEAR, O'DEA & LAVRA, LLP |
|---|---|
| 1 | |
| 2 | 3620 American River Drive, Suite 230 |
| | Sacramento, California 95864-5923 |
| 3 | Tel: 916-974-8500 Fax: 916 974-8510 |

JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendants:
County of Sacramento (also erroneously sued herein
  as Sacramento County Department of Parks and Recreation),
Tom Hofsommer, C. Kemp, Kathleen Utley, and
Dave Lydick, individually and in their capacity
as employees of Sacramento County

**RICHARD R. JOHNSON**, CSB No. 78815
555 University Avenue, Suite 225
Sacramento, CA 95825
Tele: (916) 921-6925  Fax: (916) 921-6993
Attorney for Plaintiff, Janet Lorraine Siano

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIF0RNIA

| | |
|---|---|
| JANET LORRAINE SIANO,<br><br>          Plaintiff,<br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY DEPARTMENT OF PARKS AND RECREATION, TOM HOFSOMMER, individually and in his official capacity as Ranger for the Sacramento County Department of Parks and Recreation, C. KEMP, individually and in his official capacity as Ranger for the Sacramento County Department of Parks and Recreation, KATHLEEN UTLEY, individually and in her official capacity as Ranger for the Sacramento County Department of Parks and Recreation, DAVE LYDICK, individually and in his official capacity as Supervisor for the Sacramento County Department of Parks and Recreation, and DOES 1 through 50, inclusive,<br><br>          Defendants. | **CASE NO. 2:07-CV-01659-GEB-KJM**<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE TRIAL DATE;**<br>**[PROPOSED] ORDER** |

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

STIPULATION TO MODIFY SCHEDULING ORDER

Page 1

**ALL PARTIES**, by and through their respective counsel, hereby stipulate and request that the court order a modification of the current Status (Pretrial Scheduling) Order.

Good cause exists for the modification in that subsequent to this Court's order of October 10, 2008, Defendants' counsel was assigned a trial date of September 15, 2009, in the case of Bhatti v. Ulahannan (County of Sacramento employee), **2:05-CV-00754-WBS-EFB,** which case pertains to an event which occurred in 2003. Due to the age of the Bhatti case, Judge Shubb requested that Defendants attempt to move the trial date of this conflicting case trial.

THEREFORE, the Parties agree and stipulate as follows:

That the trial in the case of Siano v. County of Sacramento, et al., herein, be continued to begin on either November 10 or November 17, 2009, with all other previous scheduled dates remaining the same.

**IT IS SO STIPULATED:**

Dated: March 10, 2009          LONGYEAR, O'DEA & LAVRA, LLP

                               By:     /s/ Jeri L. Pappone
                                   JOHN A. LAVRA
                                   JERI L. PAPPONE
                                   Attorneys for Defendants

Dated: March 10, 2009
                               By     /s/ Richard R. Johnson
                                   RICHARD R. JOHNSON
                                   Attorney for Plaintiff

The trial commencement date is continued to November 10, 2009, at 9:00 a.m.

Dated: March 11, 2009

                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

STIPULATION TO MODIFY SCHEDULING ORDER

Page 2