IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET LORRAINE SIANO, | |
|     Plaintiff, | 2:07-cv-01659-GEB-KJM |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY DEPARTMENT OF PARKS AND RECREATION; TOM HOFSOMMER, individually and in his official capacity as Ranger for the Sacramento County Department of Parks and Recreation; C. KEMP, individually and in his official capacity as Ranger for the Sacramento County Department of Parks and Recreation; KATHLEEN UTLEY, individually and in her official capacity as Ranger for the Sacramento County Department of Parks and Recreation; DAVE LYDICK, individually and in his official capacity as Supervisor for the Sacramento County Department of Parks and Recreation, | ORDER |
|     Defendants. | |

        Plaintiff's filed a request on June 10, 2009, to continue the dates on which the pretrial statement is due and the pretrial conference is scheduled.  The request is denied.  Plaintiff also states in the request that she is no longer represented by attorney Richard Johnson; however, attorney Richard Johnson is still

Plaintiff's attorney since there has been no compliance with Local Rule 83-182.

Further the Joint Pretrial Statement filed June 15, 2009, is stricken since that statement has not been signed by Plaintiff.

Dated: June 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge