```
 1
 2
 3
 4
 5
 6
 7
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANET LORRAINE SIANO, | ) | |
| | ) | |
|        Plaintiff, | ) | 2:07-cv-01659-GEB-KJM |
| | ) | |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY DEPARTMENT OF PARKS AND RECREATION; TOM HOFSOMMER, individually and in his official capacity as Ranger for the Sacramento County Department of Parks and Recreation; C. KEMP, individually and in his official capacity as Ranger for the Sacramento County Department of Parks and Recreation; KATHLEEN UTLEY, individually and in her official capacity as Ranger for the Sacramento County Department of Parks and Recreation; DAVE LYDICK, individually and in his official capacity as Supervisor for the Sacramento County Department of Parks and Recreation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <u>ORDER</u> |
|        Defendants. | ) | |

        Defendants' Separate Pretrial Statement filed June 17, 2009, is stricken since Defendants' conclusory statement that "Plaintiff has not been able to contribute to the preparation of a Joint Pretrial

Statement" fails to satisfy the declaration requirement in the following portion of the Order filed November 21, 2007:

> The failure of one or more of the parties to participate in the preparation of any joint document required to be filed in this case does not excuse the other parties from their obligation to timely file the document in accordance with this Order.  <u>In the event a party fails to participate as ordered, the party or parties timely submitting the document shall include a declaration explaining why they were unable to obtain the cooperation of the other party.</u>

Status (Pretrial Scheduling) Order, n.5 (emphasis added).

Dated:  June 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge