```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  JANET LORRAINE SIANO,            )
                                     )
12              Plaintiff,           )   2:07-cv-01659-GEB-KJM
                                     )
13  COUNTY OF SACRAMENTO; SACRAMENTO )   ORDER
    COUNTY DEPARTMENT OF PARKS AND   )
14  RECREATION; TOM HOFSOMMER,       )
    individually and in his official )
15  capacity as Ranger for the       )
    Sacramento County Department of  )
16  Parks and Recreation; C. KEMP,   )
    individually and in his official )
17  capacity as Ranger for the       )
    Sacramento County Department of  )
18  Parks and Recreation; KATHLEEN   )
    UTLEY, individually and in her   )
19  official capacity as Ranger for the)
    Sacramento County Department of  )
20  Parks and Recreation; DAVE LYDICK,)
    individually and in his official )
21  capacity as Supervisor for the   )
    Sacramento County Department of  )
22  Parks and Recreation,            )
                                     )
23              Defendants.          )
                                     )
24
```

         The response Plaintiff's counsel filed on July 29, 2009, to the Order to Show Cause ("OSC") filed on July 26, 2009, fails to clearly state whether Plaintiff desires a hearing on the portion of the OSC concerning Plaintiff's failure to file a joint final pretrial

1

statement; and if so, when the hearing is desired.  However, Plaintiff's counsel requests postponement of "any hearing."  It is assumed that this statement references a hearing on August 3, 2009.  Therefore, the August 3, 2009 hearing is rescheduled to commence on 9:00 a.m. on August 24, 2009.  The issue to be addressed at this OSC hearing is why Plaintiff and or her counsel should not be sanctioned for failure to file a pretrial statement.

Dated:  July 31, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2