IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET LORRAINE SIANO, ) | |
| ) | 2:07-cv-01659-GEB-KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | VOIR DIRE |
| ) | |
| COUNTY OF SACRAMENTO; ) | |
| SACRAMENTO COUNTY DEPARTMENT ) | |
| OF PARKS AND RECREATION, TOM ) | |
| HOFSOMMER, individually and in ) | |
| his official capacity as ) | |
| Ranger for the Sacramento ) | |
| County Department of Parks ) | |
| and Recreation; C. KEMP, ) | |
| individually and in his ) | |
| official capacity as Ranger ) | |
| for the Sacramento County ) | |
| Department of Parks and ) | |
| Recreation; KATHLEEN UTLEY, ) | |
| individually and in her ) | |
| official capacity as Ranger ) | |
| for the Sacramento County ) | |
| Department of Parks and ) | |
| Recreation; DAVE LYDICK, ) | |
| individually and in his ) | |
| official capacity as ) | |
| Supervisor for Sacramento ) | |
| County Department of Parks ) | |
| and Recreation, ) | |
| _____) | |

　　　　　We are about to begin what is known as voir dire.  The purpose of voir dire is to have each of you disclose any feelings, bias, and prejudice against or in favor of any party, so that it could be determined whether you should sit as a juror in this particular case.  Voir dire consists of questions designed to tell the parties some general things about each prospective juror, and to provide the parties with information which allows them to more intelligently

exercise their peremptory challenges.  A peremptory challenge is a request by a party to excuse a juror; those challenges are exercised after the questioning is complete.

    1.   I will ask a series of questions to the jurors as a group. If you have a response, please raise your hand or the number you've been given, which reflects your seat number.  Generally, you will be given an opportunity to respond in accordance with the numerical order in which you are seated, with the juror in the lowest numbered seat first.  If no juror raises his or her hand, I will simply state "no response" for the record and then ask the next question.  If you know it is your turn to respond to a question, you may respond before I call your name by first stating your last name, then your seat number, and lastly your response.  That should expedite the process.

    2.   This case is expected to take _____ days for the presentation of evidence, after which they will give you closing arguments.  After closing arguments, I will give you closing jury instructions and you will begin your deliberations.  Because I handle criminal matters on Fridays and other civil matters on Mondays, we will only be in trial three days a week: Tuesday, Wednesday, and Thursday.  We will begin at 9:00 a.m. and usually end around 4:30 p.m. As soon as you commence jury deliberations, you will be expected to deliberate as necessary during these hours, including Mondays and Fridays, but not on the weekends, until you complete your deliberations.  Will any of you find it difficult to participate in this trial during these times or because of any other reason?

    3.   Would the plaintiff's counsel introduce himself, his client, and name any witness  plaintiff may choose to call.

1  4. Defendants' counsel now has the opportunity to do the same
2  thing.
3  Do you know any of the named individuals or any of the
4  potential witnesses; or ever had any business or other dealings with
5  any person just named?
6  5. Have you ever had any experience or dealings with any member
7  of the Sacramento County Park Rangers that could affect your ability
8  to be an impartial juror?
9  6. Would any of you believe or disbelieve the testimony of a
10 law enforcement officer just because of the person's status
11 as a law enforcement officer?
12 7. Have you ever served as a juror in a criminal or a civil
13 case?
14 i. Please state the nature of the case and, without
15 stating the result reached, state whether the jury
16 reached a verdict.
17 8. My deputy clerk will give juror number 1 a sheet on which
18 there are questions that I want each of you to answer.  Please pass
19 the sheet to the juror next to you after you answer the questions.
20 (a) Seat number
21 (b) Educational background
22 (c) Your present and former occupation and present and
23 former occupation of any person living with you.
24 Dated: November 3, 2009
25
26 _____
   GARLAND E. BURRELL, JR.
27 United States District Judge
28