1

2

3

4                        IN THE UNITED STATES DISTRICT COURT

5                    FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    JANET LORRAINE SIANO,              )
                                        )        2:07-cv-01659-GEB-KJM
              Plaintiff,                )
8                                       )
           v.                           )        ORDER
9                                       )
     SACRAMENTO COUNTY DEPARTMENT       )
10   OF PARKS AND RECREATION; TOM       )
     HOFSOMMER, individually and in)
11   his official capacity as           )
     Ranger for the Sacramento          )
12   County Department of Parks         )
     and Recreation; C. KEMP,           )
13   individually and in his            )
     official capacity as Ranger        )
14   for the Sacramento County          )
     Department of Parks and            )
15   Recreation; and KATHLEEN           )
     UTLEY, individually and in her)
16   official capacity as Ranger        )
     for the Sacramento County          )
17   Department of Parks and            )
     Recreation,                        )
18                                      )
              Defendants.[1]            )
19   _____)

20          Defendants filed a motion in limine on November 2, 2009, in

21   which they seek to preclude the testimony of Plaintiff's witness Roger

22   Andriola.  Defendants argue this proposed witness's testimony is

23   inadmissible under Federal Rules of Evidence 402, 403 and 404(b).

24   Plaintiff countered in a filing on November 6, 2009 that Andriola's

25   proposed testimony is admissible under Federal Rule of Evidence 406.

26

27          [1]  The caption is changed to reflect the summary judgment ruling in
28   favor of Defendants County of Sacramento and Dave Lydick, filed on May
     22, 2009.

                                        1

1  Since Plaintiff has not shown Andriola's proposed testimony is

2  admissible under Rule 406, Defendants motion to exclude this testimony

3  is granted.  <u>See</u> Final Pretrial Order filed October 27, 2009 at 2

4  ("Failure to state a basis for admissibility or non-admissibility of

5  disputed evidence constitutes a waiver or abandonment of that

6  basis.").

7          Defendants also filed a motion in limine on November 4,

8  2009, in which they seek to preclude expert witness medical testimony

9  since Plaintiff failed to satisfy Federal Rule of Civil Procedure

10  26(a)(2)(A)'s expert witness disclosure requirements.  Plaintiff has

11  not opposed the motion.  Therefore, the motion is granted.

12  Dated:  November 9, 2009

13

14  _____
    GARLAND E. BURRELL, JR.
15  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28